Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

JOHN I. MENDOZA,

      Debtor.

Case No.: BK-S-09-17391-MKN

Chapter 13

**MOTION TO AVOID LIEN**

Hearing Date: December 3, 2009
Hearing Time: 2:30 p.m.

COMES NOW Debtor(s) John I. Mendoza, by and through counsel, Randal R. Leonard, Esq., and hereby moves that this Court enter an Order avoiding the lien in second position against that property commonly known as 8952 Crystal Lagoon Court, Las Vegas, NV 89147 in favor of EMC Mortgage (EMC). This Motion is based upon the pleadings and papers in file herein and the Memorandum of Points and Authorities attached hereto.

      Dated this 27th day of October 2009.

                               *Randal R. Leonard, Esq.*
                               Randal R. Leonard, Esq.
                               Nevada Bar No. 006716
                               509 South Seventh Street
                               Las Vegas, NV 89101
                               (702) 598-3667
                               *Attorney for Debtor(s)*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF THE FACTS

Debtor filed the instant matter on or about May 8, 2009. Kathleen Leavitt was duly appointed as the Trustee in this matter.

On or about September 29, 2005 Debtor purchased that certain real property commonly known as 8952 Crystal Lagoon Court, Las Vegas, NV 89147 for a total purchase price of $445,000.00. A true and correct copy of the deed transferring said property to Debtor is attached as Exhibit A. In order to purchase the above property, Debtor signed a Note secured by a Deed of Trust in first position in favor of America's Servicing Company, it's successors or assigns. The total amount owing the 1st is $355,999.92. Please see America's Servicing Company's Proof of Claims attached hereto as Exhibit B. Debtor also signed a Note secured by a Deed of Trust in second position in favor of EMC as well. The total amount owing the 2nd is $87,421.10. Please see EMC's Proof of Claim attached hereto as Exhibit C.

Debtor recently employed Vegas Valley Appraisers to appraise the subject property. The appraisal is attached as Exhibit D and was determined to be $280,000.00. Therefore, because the Note in first position is owed approximately $355,999.92 as according to the Proof of Claim attached as Exhibit B, the Note in second position held by EMC is wholly unsecured.

\\

\\

\\

\\

## II.

## EMC DOES NOT HAVE A SECURED CLAIM REGARDING THEIR LOAN IN SECOND POSITION

11 U.S.C. § 506(a) bifurcates a creditor's allowed secured claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest attached; and (2) unsecured to the extent the claim exceeds the value of the underlying property. Therefore, not all secured interests will be "secured claims" in bankruptcy cases. In re Zimmer, 313 F.3d 1220 (9th Cir. 2002). Additionally, the Zimmer case holds that if the value of the first lien secured by real property is more than the value of the property itself, then the second lien is wholly unsecured and may be stripped off. Id.

In this matter, America's Servicing Company holds the lien in first position against the Debtor's property commonly known as 8952 Crystal Lagoon Court, Las Vegas, NV 89147. The principal balance owing to America's Servicing Company is $355,999.92. EMC also holds a lien in second position against the above property and the principal balance owing on the second lien is $87,421.10. Since the appraisal of the subject property is $280,000.00 and is less than the amount owed to the first lien in this case held in favor of America's Servicing Company, then the second lien in favor of EMC is wholly unsecured and can be "stripped off."

## III.

## EMC'S LIEN IN SECOND POSITION IS VOID

11 U.S.C. § 506(d) states in relevant part as follows:

> (d) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, unless-
> (1) such claim was disallowed only under section 502(b)(5) or 502(e) of this title; or
> (2) such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.

As a result of the fact that EMC's lien in second position is not an allowed secured claim under section 506(a), section 506(d) would therefore render the lien void.

## IV.

## EMC'S CONTRACT RIGHTS MAY BE MODIFIED
## THROUGH DEBTOR'S CHAPTER 13 PLAN

11 U.S.C. § 1322(b)(2) allows a debtor to modify the rights of secured claim holders except those secured claim holders who have claims secured by the debtor's principal residence. Nevertheless, the Zimmer case cited above allows a debtor to modify the rights of those claims that are wholly unsecured even where the lien question is against the debtor's principal residence.

In conclusion, Debtor respectfully requests that the Court allow the Debtor to treat EMC's lien in second position as a wholly unsecured claim. Further, Debtor respectfully requests that the Court enter an Order that EMC's lien in second position have no further force or effect against that certain real property commonly known as 8952 Crystal Lagoon Court, Las Vegas, NV 89147.

Dated this 27th day of October 2009.

*Randal R. Leonard, Esq.*
Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
*Attorney for Debtor(s)*

-4-

# EXHIBIT A

20050929-0004939

Fee: $16.00    RPTT: $2,269.50
M/C Fee: $0.00

09/29/2005                13:57:19
T20050179121

Requestor:
    LAWYERS TITLE OF NEVADA

Frances Deane                    DOM
Clark County Recorder    Pgs: 3

**APN:** 163-17-811-016
**ESCROW NO:**    02005037-200-LV
**WHEN RECORDED MAIL TO and
MAIL TAX STATEMENT TO:**

John Mendoza
8952 Crystal Lagoon Court
Las Vegas, NV 89147

---

# GRANT, BARGAIN, SALE DEED

R.P.T.T. **$2,269.50**

THIS INDENTURE WITHESSETH: That

**Ranier M. Guimera and Lucila N. Almirante , husband and wife as joint tenants**
FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, do(es) hereby
Grant, Bargain, Sell and Convey to    **John Mendoza a Single Man**

all that real property situated in the County of Clark, State of Nevada, described as follows:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:    1.  Taxes for the fiscal year 2005 – 2006
               2.  Rights of Way, reservations, restrictions, easements, and conditions of record.

Together with all and singular the tenements, hereditaments and appurtenances thereunto
belonging or in anywise appertaining.

Witness my hand this    **23**    day of    **September**    , 2005.

_____            _____
Ranier M. Guimera                        Lucila N. Almirante

---

STATE OF ~~NEVADA~~ *CALIFORNIA* *as*

COUNTY OF *LOS ANGELES*            } ss:

On *AUGUST 3, 2005* , personally appeared before me, a Notary Public in and for said
County and State, *RAINIER M. GUIMERA AND*
who acknowledged to me that *(HE) THEY* executed the same.    LUCILA N. ALMIRANTE

WITNESS my hand and official seal.

_____
NOTARY PUBLIC in and for said County and State.

        Brian S. Anderson

BRIAN S. ANDERSON
Commission # 1408117
Notary Public - California
Los Angeles County
My Comm. Expires Mar 29, 2007

## EXHIBIT "A"

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

Lot Sixteen (16) in Block One (1) of CRYSTAL POINTE as shown by map thereof on file in Book 68 of Plats, Page 26, in the Office of the County Recorder of Clark County, Nevada.

Assessor's Parcel Number:     **163-17-811-016**

# STATE OF NEVADA
## DECLARATION OF VALUE

1. **Assessor Parcel Number(s)**
   a) 163-17-811-016
   b) _____
   c) _____
   d) _____

2. **Type of Property:**
   a) ☐ Vacant Land       b) x Single Fam Res
   c) ☐ Condo/Twnhse      d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg         f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural      h) ☐ Mobile Home
   Other _____

   | FOR RECORDER'S OPTIONAL USE ONLY |
   |---|
   | Book:_____ Page:_____ |
   | Date of Recording:_____ |
   | Notes: |

3. **Total Value/Sales Price of Property:**         $445,000.00
   Deed in Lieu of Foreclosure Only (value of property)   ($_____)
   Transfer Tax Value per NRS 375.010, Section 2:     $445,000.00
   Real Property Transfer Tax Due:                    $2,269.50

   4. **If Exemption Claimed**
      a. Transfer Tax Exemption, per NRS 375.090, Section _____
      b. Explain Reason for Exemption: _____
      _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature _____  Capacity Seller

Signature _____  Capacity Buyer

| **SELLER (GRANTOR) INFORMATION** (REQUIRED) | **BUYER (GRANTEE) INFORMATION** (REQUIRED) |
|---|---|
| Print Name: Ranier M. Guimera | Print Name: John Mendoza |
| Address: 2450 Colorado ave., Suite 100 East Tower | Address: 8952 Crystal Lagoon Court |
| City/State/Zip: Santa Monica, CA 90404 | City/State/Zip: Las Vegas, NV 89147 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

LAWYERS TITLE OF NEVADA, INC.          Escrow #: 2005037-200-LV
2879 St. Rose Parkway                  Escrow Officer: Lorraine Velko
Henderson, NV 89052

**AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004.**

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM 13 |
|---|---|---|

| Name of Debtor John L. Mendoza | Case Number 09-17391-mkn | *(This space for court use)* |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)

**Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Mortgage Backed-Certificates, Series 2006-3**

Name & address where notices and payments should be sent:
EMC Mortgage Corporation
2780 Lake Vista Drive,
Lewisville, TX 75067

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor:  6014139596 / 09-74193 | Check here if this claim  ☐ replaces   ☐ amends   a previously filed claim, dated |
|---|---|

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
X Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (FILL OUT BELOW)
Your Social Security #_____
Unpaid compensation for services performed from
(date)_____ To_____ (date)

**2. Date debt was incurred:** September 22, 2005

**3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:** $87,421.10
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
X Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral:
X Real Estate   ☐ Motor Vehicle
☐ Other

Amount of arrearages and other charges at time case filed included in secured claim, if any:

$7,508.47*
* Arrearages, as set forth in Schedule "A" attached.
Plus accruing interest, late charges.

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $
*Specify the priority of the claim:*
☐ Wages, salaries, or commissions up to $4,650* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C.§507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease or rental of property Or services for personal, family or household use- 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/05 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting documents:** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

*(This space for court use)*

**Date:** July 28, 2009

WILDE & ASSOCIATES, counsel for creditor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT C

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEVADA | PROOF OF CLAIM 13 |
|---|---|

| Name of Debtor:<br>John L. Mendoza | Case Number<br>09-17391-mkn | (This space for court use) |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>**HSBC Bank USA, NA as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates Series 2006-AR1**<br><br>Name & address where notices and payments should be sent:<br>America's Servicing Company as servicer for<br>One Home Campus, MAC# X2302-045<br>Des Moines, IA 50328 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

| Account or other number by which creditor identifies debtor: 1256021980 / 09-73122 | Check here if this claim<br>☐ replaces    ☐ amends    a previously filed claim, dated |
|---|---|

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>X Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (FILL OUT BELOW)<br>Your Social Security # _____<br>Unpaid compensation for services performed from<br><br>(date)_____ To_____ (date) |
|---|---|

| 2. Date debt was incurred:   September 22, 2005 | 3. If court judgment, date obtained: |
|---|---|

**4. Total amount of claim at time case filed: $355,999.92**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>X Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief description of collateral:<br>X Real Estate    ☐ Motor Vehicle<br>☐ Other<br><br>Amount of arrearages and other charges at time case filed included in secured claim, if any:<br><br>**$46,478.70***<br>* Arrearages, as set forth in Schedule "A" attached.<br>Plus accruing interest, late charges. | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim.<br>Amount entitled to priority $<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions up to $4,650* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C. §507(a)(3)<br>☐ Contributions to an employee benefit plan.- 11 U.S.C. §507(a)(4)<br>☐ Up to $2,100* of deposits toward purchase, lease or rental of property Or services for personal, family or household use- 11 U.S.C. §507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)<br>☐ OTHER- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting documents: Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim | (This space for court use) |
|---|---|
| Date:  May 20, 2009 | WILDE & ASSOCIATES, counsel for creditor |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT D

| Borrower/Client | N/a | | | File No. VVA579 |
| Property Address | 8552 Crystal Lagoon Court | | | |
| City | Las Vegas | County Clark | State NV | Zip Code 89147-6502 |
| Client | John Mendoza | | | |



05/14/2005

8552 Crystal Lagoon Court
Crystal Ponds Plat Book 68 Page 76 Lot 16 Block 1
Las Vegas, NV 89147-6502

John Mendoza
8552 Crystal Lagoon Court
Las Vegas, NV 89147

GP Residential .................................................................. 1
market area trend .............................................................. 2
Subject Photos ................................................................. 5
Photograph Addendum ...................................................... 6
Photograph Addendum ...................................................... 7
Comparable Photos 1-3 ..................................................... 8
Plat Map ........................................................................ 9
Location Map ................................................................. 10
Building Sketch (Page - 1) ................................................ 11
Invoice .......................................................................... 12

File No. VVA379

File No. VVA379, Page #1

# RESIDENTIAL APPRAISAL SUMMARY REPORT

| Primary Address: 8552 Crystal Lagoon Court | City: Las Vegas | State: NV | Zip Code: 89147-6502 |
|---|---|---|---|

County: Clark — Legal Description: Crystal Ponte Plat Book 68 Page 26 Lot 16 Block 1

Assessor's Parcel #: 163-17-811-016

| Tax Year: 2008 | R.E. Taxes: $ 2,513.03 | Special Assessments: $ 0 | Borrower (if applicable): n/a |

Current Owner of Record: Mendoza John    Occupant ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $n/a ☐ per year ☐ per month

Market Area Name: Crystal Ponte    Map Reference: 52-D6    Census Tract: 0058.12

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Market Value for the use in Bankruptcy Court.

Intended User(s) (by name or type): John Mendoza, Randal R. Leonard Attorney At Law

Client: John Mendoza    Address: 8552 Crystal Lagoon Court, Las Vegas, NV 89147

Appraiser: Steven P Kinney    Address: 8345 Casa Corina Court, Las Vegas, NV 89131

| Site Area: .15 Acre+/- |
| Zoning Classification: R-5    Description: Single Family Residential (5 Units per Acre) |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone: X500    FEMA Map #: 32003C2535E    FEMA Map Date: 9/27/2002

| General Description | | Exterior Description | | Foundation | | Basement | | None | Heating |
| # of Units | 2 | ☐ Acc Unit | Foundation | concrete slab | Slab | concrete | Area Sq. Ft. | n/a | Type | fau |
| # of Stories | 2 | | Exterior Walls | frame stucco | Crawl Space n/a | | % Finished | n/a | Fuel | gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | concrete tile | Basement n/a | | Ceiling | | | |

Effective Age (Yrs.): 4-6

Finished area above grade contains: 8 Rooms   3 Bedrooms   3 Bath(s)   2,610 Square Feet of Gross Living Area Above Grade

File No. VVA379  Page #3

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: VVA379

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MLS/Clark County Assessor

1st Prior Subject Sale/Transfer
Analysis of sale/transfer history and/or any current agreement of sale/listing. No prior sales or transfers of the subject
Date: n/a
property within three years of the appraisal. No prior sales or transfers of the comparable properties within
Price:
one year of the appraisal.
Source(s):

2nd Prior Subject Sale/Transfer
Date: n/a
Price:
Source(s):

SALES COMPARISON APPROACH TO VALUE (if developed)    The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2952 Crystal Lagoon Court | 6324 W. Kate Avenue | | 6391 Campara Drive | | 8456 Galeano Avenue | |
| | Las Vegas, NV 89147-6502 | Las Vegas, NV 89147-6522 | | Las Vegas, NV 89147-5221 | | Las Vegas, NV 89147-9160 | |
| Proximity to Subject | | 0.24 miles NE | | 1.25 miles SE | | 1.44 miles NE | |
| Sale Price | $ | | 235,000 | | 310,000 | | 250,000 |
| Sale Price/GLA | $ /sq.ft. | $ 117.48,318 | | $ 113.85,318 | | $ 113.85,318 | |
| Data Source(s) | Inspection | MLS#280667 Cdom 237 | | MLS#827742 CDom 67 | | MLS#807509 CDom 59 | |
| Verification Source(s) | Ext. S/Assessor | Doc#20080354.02223 | | Doc#20080703.01454 | | Doc#20080509.00932 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | none | | none | | none | |
| Concessions | N/A | $0 | | $950 | | $400 | |
| Date of Sale/Time | | 03/09/2008 | | 07/03/2008 | | 06/09/2008 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | .15 Acre +/- | 0.15 S.F. +/- | | 0.14 S.F. +/- | | 0.11 S.F. +/- | 0 |
| View | neighborhood | neighborhood | | neighborhood | | neighborhood | |
| Design (Style) | traditional 2 stry | traditional 2 stry | | traditional 2 stry | | traditional 2 stry | |
| Quality of Construction | average | average | | average | | average | |
| Age | 12 | 13 | | 15 | | 5 | |
| Condition | fair-average | good | -20,000 | good | -20,000 | fair-average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8  3  3 | 8  5  3 | | 8  5  3.5 | | 7  3  2.5 | 0 |
| Gross Living Area | 2,610 sq.ft. | 2,426 sq.ft. | +6,400 | 2,773 sq.ft. | 0 | 2,547 sq.ft. | 0 |
| Basement & Finished | n/a | n/a | | n/a | | n/a | |
| Rooms Below Grade | n/a | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | fwa/central | fwa/central | | fwa/central | | fwa/central | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | 2-garage | 3-garage | | 03-garage | | 2-garage | |
| Porch/Patio/Deck | cvprch/cvpatio | cvprch/cvpatio | | cvprch/cvpatio | | cvprch/cvpatio | |
| Upgrades | upgraded | similar | | similar | | similar | |
| market condition/contract date/time | | 06/26/2008 | | 06/05/2008 | -3,600 | 04/03/2008 | -7,500 |
| type owned/short sale | owner occupied | owner occupied | | bank owned | | short sale | |
| Net Adjustment (Total) | | ☐+ ☒- $ | -13,600 | ☐+ ☒- $ | -23,600 | ☐+ ☒- $ | -7,500 |
| Adjusted Sale Price | | Net Adj. 4.8% | | Net Adj. 7.7% | | Net Adj. 2.5% | |
| of Comparables | | Gross 8.5% $ | 271,400 | Gross 7.7% $ | 286,300 | Gross 2.5% $ | 282,500 |

Summary of Sales Comparison Approach  The comparables used are considered to be in the subject's market area. As by definition, market area is and limited to a one mile but is the area in which alternative, similar properties effectively compete with the subject property in the minds of probable, potential purchasers and users. The subject and comparables are of similar quality of construction, design, utility and market appeal of the market area.

No personal property was attributed to the final estimated market value of the subject property.

Comparable #1 warranted a adjustment for its superior condition and/or its inferiority. No other adjustments were warranted.*

Comparable #2 warranted an adjustment for its superior condition and a declining market adjustment based on it's contract date. No other adjustments were warranted.*

Comparable #3 warranted a declining market adjustment based on its contract date. No other adjustments were warranted.*

All comparables were given consideration in the final reconciliation of the Sales Comparison Approach.

Adjustments are extracted from the market and are rounded.  * When no adjustment is made for differences between the subject and the comparables it is represented by a 0. That indicates that no clearly specific dollar amount was demonstrated in the current market. Adjustments that could not be quantified with a dollar amount are not ignored but given consideration in the final reconciliation of the estimated market value for the subject property.

The greatest influence on sale prices in the current market is the condition of the property and the allowable marketing time by the owner. Some adjustments could not be extracted from the market, as there was no apparent willingness of the typical buyer to pay more for some minor differences in the current market.

Indicated Value by Sales Comparison Approach $ 250,000

GP RESIDENTIAL    Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

File No. VVA0769 Page #2

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No. VVA079

COST APPROACH TO VALUE (if developed)  [x] The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    N/A

| ESTIMATED [ ] REPRODUCTION OR      REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service:      Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost New | | =$ |
| | Less      Physical | Functional | External |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required) | Years INDICATED VALUE BY COST APPROACH | | =$ |

INCOME APPROACH TO VALUE (if developed)  [x] The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM):

PROJECT INFORMATION FOR PUDs (if applicable)    The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 230,000     Cost Approach (if developed) $ n/a     Income Approach (if developed) $ n/a

Final Reconciliation  The Sales Comparison approach is the most accurate form of appraisal technique in developing market value for SFR properties thus was the only one developed. The cost approach has been deemed not applicable thus was not developed. Income approach is deemed not applicable thus was not developed. This is a non FHA (Federally rated transaction) transaction.

This appraisal is made [X] "as-is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    230,000    , as of    02/14/2003    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains    12    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| [X] Scope of Work | [X] Limiting Cond./Certifications | [ ] Narrative Addendum | [X] 2 Photograph Addenda | [ ] |
|---|---|---|---|---|
| [X] Map Addenda | [ ] Additional Sales | [ ] Cost Addendum | [ ] Flood Addendum | [ ] |
| [X] Photograph Condition | [X] Extraordinary Assumptions | [ ] 1 Trend Chart | [X] sketch | [ ] |

Client Contact:   John Mendoza                          Client Name:   John Mendoza

E-Mail:   asmail157.mr@aol.com                          Address:   6963 Crystal Lagoon Court , Las Vegas, NV 89147

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser Name:   Shawn P Keeley | Supervisory or Co-Appraiser Name: |
| Company:   Vegas Valley Appraisers | Company: |
| Phone: (702) 851-7573      Fax: (702) 938-6656 | Phone:                  Fax: |
| E-Mail:   shawn@vegasvalleyappraisers.com | E-Mail: |
| Date of Report (Signature):   August 20, 2008 | Date of Report (Signature): |
| License or Certification #:   A.0007562-CR      State: NV | License or Certification #:                  State: |
| Designation:   n/a | Designation: |
| Expiration Date of License or Certification:   10/31/2009 | Expiration Date of License or Certification: |
| Inspection of Subject:   [X] Interior & Exterior   [ ] Exterior Only   [ ] None | Inspection of Subject:   [ ] Interior & Exterior   [ ] Exterior Only   [ ] None |
| Date of Inspection:   02/14/2008 | Date of Inspection: |

GPRESIDENTIAL

Copyright© 2005 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "TOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE                                    12/07

File No. VV4073  Page # 8

## 12 Month Market Area Value Trend(Comparable Properties)

| Borrower/Clust | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6952 Crystal Lagoon Court | | | | |
| City | Las Vegas | County  Clark | | State  NV | Zip Code  89147-6502 |
| Client | John Mendoza | | | | |



File No. VC391 Page # 3

## Subject Photo Page

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6952 Crystal Lagoon Court | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89147-6502 |
| Client | John Mendoza | | | | |



### Subject Front

| | |
|---|---|
| 6952 Crystal Lagoon Court | |
| Sales Price | |
| Gross Living Area | 2,510 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | average |
| View | neighborhood |
| Site | .15 Acre +/- |
| Quality | average |
| Age | 12 |



### Subject Rear



### Subject Street

## Photograph Addendum

File No. WADDELL Frost #2

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Primary Address | 6352 Crystal Lagoon Court | | | | |
| City | Las Vegas | County Clark | State NV | Zip Code 89117-6502 | |
| Client | John Mendoza | | | | |



laminate wood flooring
family room



kitchen



dining room
slate flooring



bathroom



water leak #1



water leak #2

File No. W7474 Page # 7

## Photograph Addendum

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 8952 Crystal Lagoon Court | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89147-6502 |
| Client | John Moncata | | | | |



bedroom



laundry area sink



worn carpet



worn carpet



bathroom



none permitted conversion

File No. VV4375 Page #3

## Comparable Photos #1-3

| | | | | |
|---|---|---|---|---|
| Borrower/Client | n/a | | | |
| Property Address | 8552 Crystal Lagoon Court | | | |
| City | Las Vegas | County Clark | State NV | Zip Code 89147-8502 |
| Client | John Mendoza | | | |



### Comparable 1

| | |
|---|---|
| 8332 W. Kone Avenue | |
| Prox. to Subject | 0.24 miles NE |
| Sales Price | 285,000 |
| Gross Living Area | 2,426 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | average |
| View | neighborhood |
| Site | 0.15 Sft. +/- |
| Quality | average |
| Age | 13 |



### Comparable 2

| | |
|---|---|
| 8391 Campana Drive | |
| Prox. to Subject | 1.29 miles SE |
| Sales Price | 310,000 |
| Gross Living Area | 2,723 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | average |
| View | neighborhood |
| Site | 0.14 Sft. +/- |
| Quality | average |
| Age | 15 |



### Comparable 3

| | |
|---|---|
| 8455 Galleno Avenue | |
| Prox. to Subject | 1.44 miles NE |
| Sales Price | 290,000 |
| Gross Living Area | 2,517 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | neighborhood |
| Site | 0.11 Sft. +/- |
| Quality | average |
| Age | 6 |

**Plat Map**

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 8952 Crystal Lagoon Court | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89147-6502 |
| Mgr | John Mendoza | | | | |



Field No W43?6  Page #30

## Location Map

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6502 Crystal Lagoon Court | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89147-6502 |
| Client | John Mancara | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. W4374 Page #11

## Building Sketch

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6952 Crystal Lagoon Court | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89147-6502 |
| Lender | John Marchiano | | | | |

All dimensions were supplied by the Clark County Assessor and were deemed reliable.



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1422.5 | 1422.5 |
| GLA2 | Second Floor | 1187.5 | 1187.5 |
| GAR | Garage | 378.5 | 378.5 |
| OTH | Storage | 180.0 | 180.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 2610 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| **First Floor** | | |
| | 4.0 x 3.0 | 36.0 |
| | 2.0 x 5.0 | 10.0 |
| 0.5 x | 2.0 x 2.0 | 2.0 |
| 0.5 x | 2.0 x 2.0 | 2.0 |
| | 3.0 x 4.0 | 12.0 |
| | 4.0 x 17.0 | 68.0 |
| | 13.0 x 17.0 | 221.0 |
| | 14.0 x 23.0 | 322.0 |
| 2.5 x | 1.0 x 6.0 | 15.0 |
| | 1.0 x 8.0 | 48.0 |
| | 3.0 x 13.0 | 21.0 |
| 0.5 x | 3.0 x 3.0 | 4.5 |
| | 16.0 x 26.0 | 416.0 |
| | 8.0 x 24.0 | 192.0 |
| | 2.0 x 9.0 | 18.0 |
| | 2.0 x 5.0 | 10.0 |
| | 2.0 x 10.0 | 20.0 |
| **Second Floor** | | |
| | 14.0 x 23.0 | 451.0 |
| | 4.0 x 13.0 | 104.0 |
| | 5.0 x 13.0 | 65.0 |
| | 1.0 x 19.3 | 152.0 |
| | 18.4 x 19.0 | 202.1 |
| 0.5 x | 7.4 x 13.4 | 49.4 |
| 0.5 x | 5.5 x 3.3 | 9.3 |
| 0.5 x | 5.7 x 8.6 | 22.5 |
| | 6.5 x 8.6 | 55.9 |
| 2 Items Not Listed | | 121.6 |
| 28 Items | (Rounded) | 2610 |

Show Entry                                    Field: VVA079 Page #12

<table>
<tr><td>

**FROM:**

Vegas Valley Appraisers
Accounts Receivable
8340 Casa Cofina Court
Las Vegas, NV 89131

Telephone Number: 702-951-7573    Fax Number: 702-915-5555

</td><td>

# INVOICE

| INVOICE NUMBER |
|---|
| VVA079 |

| DATE |
|---|
| 03/14/2005 |

</td></tr>
</table>

**TO:**

John Mendoza
John Mendoza
8952 Crystal Lagoon Court
Las Vegas, NV 89147

Telephone Number:         Fax Number:
Alternate Number:         E-Mail: azrael157_m@aol.com

| REFERENCE | |
|---|---|
| Internal Order #: | VVA079 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | VVA079 |
| Other File # on form: | |
| Federal Tax ID: | 20-0773752 |
| Employer ID: | |

## DESCRIPTION

Lender: John Mendoza                    Client: John Mendoza
Purchaser/Borrower: n/a
Property Address: 8952 Crystal Lagoon Court
        City: Las Vegas
        County: Clark                    State: NV                Zip: 89147-6502
Legal Description: Crystal Pointe Plat Book 69 Page 26 Lot 16 Block 1

| FEES | AMOUNT |
|---|---|
| GF form | 250.00 |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: 03/14/2005 | Description: Paid in Full | 250.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 250.00 |
| | | **TOTAL DUE** | $ 0 |

---

Please Return This Form With Your Payment

**FROM:**

John Mendoza
John Mendoza
8952 Crystal Lagoon Court
Las Vegas, NV 89147

Telephone Number:         Fax Number:
Alternate Number:         E-Mail: azrael157jm@aol.com

| AMOUNT DUE: | $ 0 |
|---|---|
| AMOUNT ENCLOSED: | $ |

| INVOICE NUMBER |
|---|
| VVA079 |

| DATE |
|---|
| 03/14/2005 |

| REFERENCE | |
|---|---|
| Internal Order #: | VVA079 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | VVA079 |
| Other File # on form: | |
| Federal Tax ID: | 20-0773752 |
| Employer ID: | |

**TO:**

Vegas Valley Appraisers
Accounts Receivable
8340 Casa Cofina Court
Las Vegas, NV 89131

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE